**SELECT FINANCIAL LLC,**
Plaintiff–Appellee,

v.

**Charles W. PENLAND, Guardian
ad Litem Jean Bradley,**
Defendant–Appellant,

and

**Jean Bradley, Guardian ad Litem;
Penco, Incorporated,**
Defendants,

and

**Penland Financial Services, Inc.,
Defendant & Third Party
Plaintiff,**

v.

**United States of America, Third
Party Defendant.**

No. 07–1681.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 22, 2008.

Charles W. Penland, Sr., Appellant Pro Se. Kenneth C. Anthony, Jr., Knie, White & Anthony, Spartanburg, South Carolina, for Appellee.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Penland appeals the district court's order denying his motion to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Penland seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Penland's motion for an order directing District Court Judge Anderson to recuse himself from further proceedings in this matter and his motion for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*